In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-379 CV


____________________



DAVE DALAL SMITH, Appellant



V.



LISA SUZETTE SMITH, Appellee






On Appeal from the 317th District Court


Jefferson County, Texas


Trial Cause No. C-194,443






 MEMORANDUM OPINION 


 This is an interlocutory appeal in a pending suit for divorce. The notice of appeal
filed by Dave Dalal Smith recites that he is appealing an order denying his "request for
injunctive relief." This order denied appellant's "Motion for Protective Order." The motion
alleges a conflict of interest disqualifies counsel for the appellee, Lisa Suzette Smith, from
acting as counsel in the divorce, and requests an order protecting the appellant from giving
his deposition until the trial court resolves the conflict of interest issue. The trial court
denied the motion and it is from that order that the appellant pursues an appeal. The order
neither grants nor refuses a temporary injunction, and is not appealable. See Tex. Civ. Prac.
& Rem. Code Ann. § 51.014(a)(4) (Vernon Supp. 2006); see also Tex. Fam. Code Ann. §§
6.502, 6.507 (Vernon 2006). (1) Generally, only final judgments are appealable. See Tex. Civ.
Prac. & Rem. Code Ann. § 51.012 (Vernon 1997); Lehmann v. Har-Con Corp., 39 S.W.3d
191, 195 (Tex. 2001). The appellant has not identified the statute or rule that authorizes an
accelerated appeal in this case. See, e.g., Tex. Civ. Prac. & Rem. Code Ann. § 51.014
(Vernon Supp. 2006). The appeal is dismissed for lack of jurisdiction without reference to
the merits. 

 APPEAL DISMISSED.

 ___________________________

 CHARLES KREGER

 Justice


Submitted on November 28, 2006

Opinion Delivered December 7, 2006

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. The granting or denial of a motion to disqualify is reviewable by mandamus. See
National Med. Enters., Inc. v. Godbey, 924 S.W.2d 123, 133 (Tex. 1996)
.